FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 1 1 2026
ERIK PALTROW
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**NATASHA NINETTE DECOSTA,**

Defendant.

CRIMINAL NO. 26-3963 KG

Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii): Possession with Intent to Distribute 50 Grams and More of Methamphetamine;

Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi): Possession with Intent to Distribute 40 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);

Count 3: 18 U.S.C. § 924(c)(1)(A)(i): Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, and Possessing a Firearm in Furtherance of Such Crime;

Count 4: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition.

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about January 4, 2026, in Rio Arriba County, in the District of New Mexico, the defendant, **NATASHA NINETTE DECOSTA,** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

Count 2

On or about January 4, 2026, in Rio Arriba County, in the District of New Mexico, the defendant, **NATASHA NINETTE DECOSTA**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 40 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi).

Count 3

On or about January 4, 2026, in Rio Arriba County, in the District of New Mexico, the defendant, **NATASHA NINETTE DECOSTA**, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with intent to distribute 50 grams and more of methamphetamine as charged in Count 1 of this indictment and possession with intent to distribute 40 grams and more of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) as charged in Count 2 of this indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

Count 4

On or about January 4, 2026, in Rio Arriba County, in the District of New Mexico, the defendant, **NATASHA NINETTE DECOSTA**, knowing that she had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) attempt to commit a felony: trafficking of a controlled substance, and

(2) possession of a controlled substance,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

FORFEITURE ALLEGATIONS

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **NATASHA NINETTE DECOSTA**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

a. a .380 caliber Ruger handgun, serial number 379184459;

b. approximately three rounds of .380 caliber ammunition; and

c. approximately $2,248.70 in United States Currency.

Upon conviction of any offense in violation of 18 U.S.C. §§ 924(c) or 922(g), the defendant, **NATASHA NINETTE DECOSTA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a. a .380 caliber Ruger handgun, serial number 379184459; and

b. approximately three rounds of .380 caliber ammunition.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney